**United States Court of Appeals**

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 07, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 11-40488   USA v. Orlando Hale
USDC No. 5:10-CR-1032-1

The court has granted the motion to file brief out of time in this case.

The court has granted the motion for leave to file brief in excess word count, but this decision is subject to reconsideration by the merits panel.

You (appellant) were previously advised that a motion to file a corrected brief was necessary.  Since no action was taken on the initial brief, we are taking no action on this motion as it is unnecessary.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Brandy C. Lemelle, Deputy Clerk
504-310-7714

P.S. to Appellee: Your brief is now due within 30 days from this date or by not later than November 7, 2011.

Mr. Roberto Balli
Ms. Renata Ann Gowie
Mr. Oscar A. Vela Jr.